Kit M. Stetina (SBN 82,977)
Stephen Z. Vegh (SBN 174,713)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371

Attorneys for Plaintiff
THIRTY THREE THREADS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRTY THREE THREADS, INC., a California corporation<br><br>    Plaintiff<br><br>vs.<br><br>HUGGER MUGGER YOGA PRODUCTS, LLC, a Delaware limited liability company; and DOES 1-10, inclusive<br><br>    Defendants | Case No. 3:16-cv-02761 DMS-DHB<br><br>**VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(1)** |

Since an Answer has not yet been filed by Defendant Hugger Mugger Yoga Products, LLC, Plaintiff hereby dismisses this action with prejudice against Hugger Mugger Yoga Products, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1).

Dated:  March 10, 2017        STETINA BRUNDA GARRED & BRUCKER

By: /s/Kit M. Stetina
    Kit M. Stetina
    Attorneys for Plaintiff
    THIRTY THREE THREADS, INC.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371